UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:

JUANA HERRERA,

    Plaintiff,

vs.

FAMILY DOLLAR STORES OF FLORIDA, LLC.

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC ("Family Dollar"), file this notice to remove the above-styled action filed by Plaintiff, JUANA HERRERA ("Plaintiff"), from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida on the following grounds:

1. On or about February 3, 2022, Plaintiff filed a Complaint in the Circuit Court in and for Palm Beach County, Florida styled *Juana Herrera v. Family Dollar Stores, Inc.*, Case No. 50-2022-CA-001049-XXXX-MB.

2. Defendant was served with the Summons and Complaint on February 10, 2022.

3. After being notified of the incorrect name of the Defendant, Plaintiff filed an Amended Complaint correcting the name of the Defendant to FAMILY DOLLAR STORES OF FLORIDA, LLC, on March 1, 2022. A copy of the Amended Complaint is attached as Exhibit "A."

4. Defendant timely filed an Answer and Affirmative Defenses to the Amended Complaint on March 3, 2022. A copy of the Answer is attached as Exhibit "B."

5. Defendant timely files this Notice of Removal within thirty (30) days after service of process.

6. Defendant desires to remove this action to the United States District Court for the Southern District of Florida, West Palm Beach Division, based upon the allegations that the events giving rise to this cause of action are alleged to have occurred in Palm Beach County, Florida. See Amended Complaint at paragraph 3.

7. This action is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and Defendant has a good faith basis to believe that the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, based upon Plaintiff's allegation of damages as set forth in paragraph 8 of the Amended Complaint along with Plaintiff's counsel's Demand Letter, dated July 1, 2021, wherein Plaintiff alleges medical bills related to the alleged incident which forms the basis of this lawsuit in the amount of $122,772.64. A copy of Plaintiff's Counsel's letter is attached as Exhibit "C."

8. The Amended Complaint alleges that Plaintiff is a Florida resident. See Amended Complaint at paragraph 2.

9. The Amended Complaint also alleges that Family Dollar is a Virginia limited liability company. See Amended Complaint at paragraph 3. Family Dollar's principal place of business in Virginia. See Florida Department of State, Division of Corporations Detail by Entity Name attached as Exhibit "D."

10. After the filing of this Notice of Removal of the action to the United States District

Court for the Southern District of Florida, written notice of the filing of this Notice will be given by the attorneys for the Plaintiff, as provided by law, and copies of this petition will be filed with the Clerk of Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

11. Defendant has good and sufficient defense to this action.

12. No previous application for the relief sought herein has been made to this or any other court.

13. As required by 28 U.S.C. §1446(a), a copy of the court's docket and copies of all pleadings and papers filed in the state court action are attached as Composite Exhibit "E."

WHEREFORE, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, pray that this action be removed to the United States District Court for the Southern District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically mailed this 14th day of March, 2022, to: Peter Magnani, Esq., Advocates USA, 939 Belvedere Road, West Palm Beach, FL 33405 (Peter@advocatesUSA.com and Kelly@ advocatesUSA.com)

Respectfully Submitted,

/s/ Julie Bork Glassman
Eduardo Cosio, Esq.
Florida Bar No. 714331
Julie Bork Glassman, Esq.
Florida Bar No. 014184
COSIO LAW GROUP
1430 S. Dixie Highway
Suite 202
Coral Gables, FL 33146
Attorneys for Defendants
Tel: (305) 567-0503
Fax: (305) 567-9875
cosiomail@cosiolaw.com
ecosio@cosiolaw.com
j.glassman@cosiolaw.com