Filing # 144823570 E-Filed 03/01/2022 01:59:42 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY

JUANA HERRERA,

    Plaintiff,

vs.

FAMILY DOLLAR STORES OF FLORIDA LLC.,

    Defendant.

_____/

CASE NO.: 2022-CA-001049

## AMENDED COMPLAINT

COMES NOW the Plaintiff(s), JUANA HERRERA, by and through undersigned counsel, and hereby sue the Defendant(s) FAMILY DOLLAR STORES OF FLORIDA LLC., and in support thereof state as follows:

1. This is an action for damages that exceed the minimal jurisdictional sum of Thirty Thousand Dollars ($30,000.00), excluding interest, costs and attorneys' fees.

2. The Plaintiff, JUANA HERRERA , is an individual sui juris who, at all material times, reside in Palm Beach County, Florida.

3. The Defendant, FAMILY DOLLAR STORES OF FLORIDA LLC., is Virginia Company authorized and doing business in Palm Beach County, Florida, and at all material times, was operating a store in Palm Beach County, Florida.

4. On or about May 12, 2019, JUANA HERRERA was a business invitee of the Defendant.

5. On May 12, 2019, JUANA HERRERA sustained a fall resulting in bodily injury while inside the Defendant's store.



6. At that time and place, the fall was the result of negligence on the part of the Defendant.

7. There was a dangerous condition on the floor, of which th Defendant had notice, which caused the Plaintiff to fall. The floor was contained a slippery, dirty, and wet substance.

8. It is as a direct and proximate result of the foregoing negligence that Plaintiff, (name of Plaintiff) suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff demands judgment for damages against the Defendant(s) and demands trial by jury of all issues triable as of right by a jury. Dated this 1 day of March, 2022.

ADVOCATES USA
939 Belvedere Road
West Palm Beach, FL  33405
(561) 965-6550
(561) 965-0885 (Facsimile)


/s/ Peter Magnani
Peter Magnani
Florida Bar No.: 98675